1  JAMES HUNT MILLER (St.BarCal. # 135160)
   P.O. Box 10891
2  OAKLAND CA 94610
   P:(510) 451-2132
3  F:(510) 451-0824
   e:jim_miller0@yahoo.com
4
5  Attorney for Plaintiff

8           IN THE UNITED STATES DISTRICT COURT FOR
              THE NORTHERN DISTRICT OF CALIFORNIA

11  Sheryl Edwards,                  )
                                     )
12          Plaintiff,                )      No. 11-cv-00320 LHK
                                     )
13      vs.                           )      PLAINTIFF'S UNOPPOSED
                                     )      MOTION FOR EXTENSION
14  Commissioner of the              )      (with ~~proposed~~ order)
    Social Security                  )
15  Administration,                  )
                                     )
16          Defendant.                )
    _____  )
17

18  MOTION.

19       Plaintiff hereby requests additional time in which to file Plaintiff's Motion for
20  Summary Judgment and/or Remand.  Pursuant to the Procedural Order, F.R.Civ.P.
21  Rules 6(e) and 5(e), and service by mail of the administrative transcript on June 17,
22  2011, Plaintiff's motion was to have been filed by July 20, 2011.  Plaintiff seeks a 30-
23  day extension, or until August 19, 2011.  Such extension would/will cause the
24  schedule for Defendant's Cross-Motion and Plaintiff's Reply to be pushed back as
25  much as 30 days.
26       Defendant, through counsel, stated to Plaintiff's counsel that Defendant does
27  not oppose this request.  Plaintiff submits and requests that no hearing is necessary in
28  this motion, as is usual in Social Security litigation (per the Procedural Order), and

also because Defendant would not be harmed by the extension and Defendant does not oppose the request.

RESPECTFULLY SUBMITTED on this 20th day of July, 2011.

/s/
James Hunt Miller, Attorney for Plaintiff

ORDER (~~PROPOSED~~)

PURSUANT TO PLAINTIFF'S UNOPPOSED MOTION, IT IS ORDERED that Plaintiff may have a 30-day extension, or until August 19, 2011, in which to file the motion for summary judgment and/or remand.

**Absent extraordinary circumstances, no further extensions will be granted.**

DATE: July 21, 2011

Lucy H. Koh
United States District Judge